UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAEWEATHERS MARSHALL,<br>　　　　Plaintiff,<br>　　v.<br>ALAMEDA COUNTY, et al.,<br>　　　　Defendants. | Case No. 17-cv-03310-SI<br><br>**ORDER EXTENDING DEADLINE**<br>Re: Dkt. No. 18 |

On January 19, 2018, the court dismissed the complaint with leave to amend and ordered plaintiff to file an amended complaint no later than February 23, 2018. Docket No. 15. The court later extended the deadline to April 27, 2018 for plaintiff to file an amended complaint because it appeared that plaintiff may not have received a copy of the order of dismissal with leave to amend. Docket No. 17. Plaintiff now requests an extension of the deadline to file an amended complaint, and request a copy of his original complaint because he neglected to make a copy before mailing the original to the court. Docket No. 18.

Upon due consideration, the court GRANTS plaintiff's request for an extension of the deadline to file an amended complaint. Docket No. 18. Plaintiff must file his amended complaint no later than **May 25, 2018**. Failure to file the amended complaint by this deadline will result in the dismissal of this action. The clerk shall mail to plaintiff a copy of Docket Nos. 1 and 15, i.e., the original complaint and the order of dismissal with leave to amend.

**IT IS SO ORDERED**.

Dated: 4/20/18

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　United States District Judge