UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAEWEATHERS MARSHALL,<br>　　　　Plaintiff,<br>　　v.<br>ALAMEDA COUNTY, et al.,<br>　　　　Defendants. | Case No. 17-cv-03310-SI<br><br>**ORDER OF DISMISSAL** |

On January 19, 2018, the court determined that the *pro se* prisoner's civil rights complaint in this action had numerous deficiencies and ordered plaintiff to file an amended complaint no later than February 23, 2018, cautioning him that failure to file an amended complaint by the deadline would result in the dismissal of this action. (Docket No. 15.) The court later extended until April 27, 2018, and then until May 25, 2018, the deadline for plaintiff to file an amended complaint. (Docket Nos. 17, 19.) Plaintiff did not file an amended complaint, and the deadline by which to do so has passed. For the foregoing reasons, and the reasons stated in the order of dismissal with leave to amend, this action is DISMISSED for failure to comply with the order to file an amended complaint. The clerk shall close the file

**IT IS SO ORDERED**.

Dated: June 25, 2018

_____
SUSAN ILLSTON
United States District Judge