UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAEWEATHERS MARSHALL, Plaintiff, v. ALAMEDA COUNTY, et al., Defendants. | Case No. 17-cv-03310-SI **JUDGMENT** |

This action is dismissed because plaintiff failed to comply with the court's order to file an amended complaint.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: June 25, 2018

SUSAN ILLSTON
United States District Judge